# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE THE SUCCESSION OF                     NO.   2026 CW 0072
JAMES BUCHANAN BLITCH, JR.


**MAY 4, 2026**

---

In Re:    James Buchanan Blitch, III, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 2024-30404.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT NOT CONSIDERED.** Relator failed to include a copy of the
pertinent hearing transcript as requested by this court in a prior
writ action on December 30, 2025.

    Supplementation of this writ application and/or an
application of rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

> **SMM**
> **BDE**
> **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT